# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOSEPH BROWN,

            v.

RICHARD SURYAN,

JUDGMENT IN A CIVIL CASE

C10-5613 RBL/KLS

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The Court adopts the Report and Recommendation; and

(2)     This action is **DISMISSED without prejudice** prior to service for failure to state a claim. **This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g)**.

October 29, 2010                                         WILLIAM M. McCOOL
Date                                                                 Clerk

                                                                *s/ Mary Trent*
                                                                     Deputy Clerk